IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>PENNSYLVANIA STATE UNIVERSITY,<br><br>    Defendant. | No. 4:21-cv-00872-MWB |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah E. Bouchard as counsel for Defendant Pennsylvania State University in the above-captioned action.

Dated:  June 17, 2021    Respectfully submitted,

            By:  */s/ Sarah E. Bouchard*
              Sarah E. Bouchard
              MORGAN, LEWIS & BOCKIUS, LLP
              1701 Market Street
              Philadelphia, PA  19103
              Tel: 215.963.5000
              Fax: 215.963.5001
              Email:  sarah.bouchard@morganlewis.com

            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Sarah E. Bouchard, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically on June 17, 2021, and is available to all counsel of record for viewing and downloading from the ECF system including:

>Stephen G. Console
>Rahul Munshi
>Console Mattiacci Law, LLC
>9th Floor
>1525 Locust Street
>Philadelphia, PA  19102
>console@consolelaw.com
>munshi@consolelaw.com
>
>*Counsel for Plaintiff*

                          */s/ Sarah E. Bouchard*
                          Sarah E. Bouchard