# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON,<br><br>          Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA STATE UNIVERSITY,<br><br>          Defendant. | Civil Action No. 4:21-cv-00872<br><br>(Honorable Matthew W. Brann)<br><br>*Electronically Filed* |

## JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

WHEREAS, on May 12, 2021, Plaintiff Errol A. Henderson ("Plaintiff") filed his Complaint in the above-captioned action (ECF No. 1);

WHEREAS, on May 25, 2021, Defendant The Pennsylvania State University ("Defendant") executed a Waiver of the Service of Summons, making the deadline to respond to the Complaint July 23, 2021 (ECF No. 6);

WHEREAS, on July 19, 2021, Plaintiff filed an Amended Complaint;

WHEREAS, the parties have agreed to a 30-day extension from the date Plaintiff filed his Amended Complaint for Defendant to move or otherwise respond to the Amended Complaint;

WHEREAS, Defendant has not previously requested an extension of time to respond to any pleading; and

WHEREAS, because both parties agree to this extension, no party will be prejudiced by a 30-day extension of time.

Accordingly, the parties hereby stipulate to extend the deadline for Defendant to move or otherwise respond to Plaintiff's Amended Complaint to and including August 18, 2021.

**STIPULATED AND AGREED ON THIS 20th DAY OF JULY, 2021:**

| | |
|---|---|
| /s/  Stephen G. Console | /s/ Sarah E. Bouchard |
| Stephen G. Console (PA 36656) | Sarah E. Bouchard (PA 77088) |
| Rahul Munshi (PA 307548) | Ali M. Kliment* (PA 318988) |
| CONSOLE MATTIACCI LAW, LLC | Margaret M. McDowell* (PA 322619) |
| 1525 Locust Street, Ninth Floor | MORGAN, LEWIS & BOCKIUS LLP |
| Philadelphia, PA 19102 | 1701 Market Street |
| Phone:  215.545.7676 | Philadelphia, PA 19103 |
| Fax:  215.814.8920 | Phone:  215.963.5000 |
| console@consolelaw.com | Fax:  215.963.5001 |
| munshi@consolelaw.com | sarah.bouchard@morganlewis.com |
| | ali.kliment@morganlewis.com |
| *Counsel for Plaintiff* | margaret.mcdowell@morganlewis.com |
| | |
| | Ami N. Wynne* |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 110 N. Wacker Drive |
| | Chicago, IL  60606 |
| | Phone: 312.324.1000 |
| | Fax: 312.324.1001 |
| | ami.wynne@morganlewis.com |
| | |
| | *Admitted pro hac vice |
| | |
| | *Counsel for Defendant* |

3

Approved and so **ORDERED** this \_\_\_\_\_ day of _____, 2021.

_____
                    Matthew Brann, J.

## CERTIFICATION OF SERVICE

I, Sarah E. Bouchard, hereby certify that on this 20th day of July, 2021, a true and correct copy of the Stipulation And [Proposed] Order For Extension Of Time For Defendant To Respond To Plaintiff's Amended Complaint was served upon the following by electronic filing with the Clerk of the United States District Court for the Middle District of Pennsylvania, and is available for viewing and downloading from the ECF system:

Stephen G. Console
Rahul Munshi
Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
console@consolelaw.com
munshi@consolelaw.com

*/s/ Sarah E. Bouchard*
Sarah E. Bouchard