IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA STATE UNIVERSITY,<br><br>Defendant. | Civil Action No. 4:21-cv-00872<br><br>(Honorable Matthew W. Brann)<br><br>*Electronically Filed* |

**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

AND NOW ON THIS _____ day of July, 2021, upon consideration of the Parties' Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Amended Complaint, it is hereby ORDERED, ADJUDGED, and DECREED that:

The Parties' Stipulation is GRANTED and the deadline for Defendant to move or otherwise respond to Plaintiff's Amended Complaint has been extended to August 18, 2021.

IT IS SO ORDERED

_____
Hon. Matthew Brann
United States District Judge