# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>PENNSYLVANIA STATE UNIVERSITY,<br><br>    Defendant. | Civil Action No. 4:21-cv-00872<br><br>(Honorable Matthew W. Brann)<br><br>*Electronically Filed* |

## ORDER

**AND NOW**, this 22nd day of July 2021, upon consideration of the Parties' Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Amended Complaint, **IT IS HEREBY ORDERED** that the deadline for Defendant to move or otherwise respond to Plaintiff's Amended Complaint is extended to August 18, 2021.

                                             BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew Brann
                                        United States District Judge