IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON, | No. 4:21-CV-00872 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**MARCH 21, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. 20) is **GRANTED** in part and **DENIED** in part;

2. Henderson's 42 U.S.C. § 1981 and hostile work environment claims are **DISMISSED** without prejudice; and

3. Henderson may, if he chooses, file a second amended complaint on or before Monday, April 18, 2022.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge