# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　　Defendant. | Civil Action No. 4:21-cv-00872<br><br>(Honorable Matthew W. Brann) |

## ORDER

**AND NOW**, on this 8th day of August 2022, upon consideration of the Parties' Joint Motion to Stay Proceedings Pending Mediation, **IT IS SO ORDERED** that all deadlines and proceedings for the above-captioned matter, including the August 9, 2022 deadline to submit a Case Management Plan and the August 16, 2022 Rule 16 Conference, are **STAYED**. The Parties shall file a joint status report on or before October 7, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　　　Chief United States District Judge