# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>　　　　　Defendant. | Civil Action No. 4:21-cv-00872<br><br>(Honorable Matthew W. Brann)<br><br>*Electronically Filed* |

## **JOINT STATUS REPORT**

Pursuant to the Court's August 8, 2022 Order (ECF No. 35) and in accordance with the October 7, 2022 Joint Status Report (ECF No. 36), Plaintiff Errol A. Henderson and Defendant The Pennsylvania State University ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, report that they participated in private mediation on December 12, 2022. During the mediation, the Parties reached an agreement and are finalizing the terms of the settlement agreement. The Parties propose that they provide the Court with a further status update by January 30, 2023. As such, the Parties request that the Court (1) maintain its Stay of Proceedings until and including January 30, 2023 and (2) provide that the Parties submit another Joint Status Report on or before January 30, 2023.

Date:  December 22, 2022        Respectfully,

 /s/   Rahul Munshi                                    /s/ Sarah E. Bouchard
Stephen G. Console (PA 36656)          Sarah E. Bouchard (PA 77088)
Rahul Munshi (PA 307548)                 Ali M. Kliment* (PA 318988)
CONSOLE MATTIACCI LAW, LLC     Margaret M. McDowell* (PA 322619)
1525 Locust Street, Ninth Floor            MORGAN, LEWIS & BOCKIUS LLP
Philadelphia, PA 19102                         1701 Market Street
Phone:  215.545.7676                           Philadelphia, PA 19103
Fax:  215.814.8920                                Phone:  215.963.5000
console@consolelaw.com                    Fax:  215.963.5001
munshi@consolelaw.com                    sarah.bouchard@morganlewis.com
                                                              ali.kliment@morganlewis.com
*Counsel for Plaintiff*                           margaret.mcdowell@morganlewis.com

Ami N. Wynne*
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive
Chicago, IL  60606
Phone: 312.324.1000
Fax: 312.324.1001
ami.wynne@morganlewis.com

*Admitted pro hac vice*

*Counsel for Defendant*

2

## **CERTIFICATION OF SERVICE**

I, Sarah E. Bouchard, hereby certify that on this 22nd day of December, 2022, a true and correct copy of the Joint Status Report was served upon the following by electronic filing with the Clerk of the United States District Court for the Middle District of Pennsylvania, and is available for viewing and downloading from the ECF system:

Stephen G. Console
Rahul Munshi
Console Mattiacci Law, LLC
1525 Locust Street, 9th Floor
Philadelphia, PA 19102
console@consolelaw.com
munshi@consolelaw.com


*/s/ Sarah E. Bouchard*
Sarah E. Bouchard