IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERROL A. HENDERSON, | No. 4:21-CV-00872 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, | |
| Defendant. | |

## ORDER

**AND NOW**, this 31st day of January 2023, upon consideration of the Stipulation of Dismissal, Doc. 38, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge